**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00927-CV

### JASON MICHAEL SPENCER, Appellant

### V.

### DEXTRAL CAPITAL, LP, A DELAWARE LIMITED PARTNERSHIP AND DEXTRAL CAPITAL MANAGEMENT FUND, LP, A DELAWARE LIMITED PARTNERSHIP, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 11-15530

## ORDER

By order entered April 18, 2014, we abated the appeal to allow the trial court an opportunity to conduct a hearing to determine the status of the reporter's record. Although it does not appear a hearing has been held, the reporter's record has been filed. Accordingly, we **REINSTATE** this appeal and **VACATE** our April 18th order. As the appellate record is now complete, we **ORDER** appellants to file their brief no later than June 23, 2014.

/s/      ELIZABETH LANG-MIERS
JUSTICE